**DAVID A. BIRDSELL**
Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
(480) 644-1080

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| RAYMOND R. ARVIZU<br>ERNESTINA P. ARVIZU | Case No. 2:11-bk-09970-GBN |
| | **APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT** |
| Debtor(s). | |

David A. Birdsell, Trustee, reports that the following dividend checks have been issued and

not presented for payment, and returned to the Trustee by the USPS as undeliverable.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 5011 | 09/23/2013 | PRESTAMOS, CDFI, LLC<br>C/O MICHAEL R. KING,GAMMAGE &<br>BURNHAM,2<br>N. CENTRAL AVE., 15TH FL<br>PHOENIX, AZ 85004 | $542.67 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code

directing the Trustee to pay over the amount of $542.67 to the Clerk of the Court to be deposited in

the Registry thereof.

DATED November 14, 2013.

/s/ David A. Birdsell
David A. Birdsell, Trustee