David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, AZ 85201
480-644-1080 / 480-644-1082 (fax
dab@azbktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RAYMOND R. ARVIZU | ) | Case No. 11-09970-PHX GBN |
| ERNESTINA P. ARVIZU | ) | |
| | ) | ORDER FOR PAYMENT OF UNCLAIMED |
| Debtors(s) | ) | FUNDS TO THE U. S. BANKRUPTCY |
| | ) | COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the trustee pay over the amount of $ 5,938.49 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____     _____
Date                                               UNITED STATES BANKRUPTCY JUDGE